■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARVIS ELDER, Appellant. (Appeal No. 2.) [895 NYS2d 919]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered February 4, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Elder* (71 AD3d 1483 [2010]). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.